# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | |
|---|---|
| **TASHINA TAYLOR, individually and on behalf of a class of all persons and entities similarly situated** | ) ) ) ) ) |
| *Plaintiff* | ) |
| v. | ) ) ) |
| **AAA SERVICE PLUMBING LLC** | ) ) |
| *Defendant* | |

Civil Action No. 1:26-cv-2474-SKC

## AFFIDAVIT OF SERVICE

I, Jason Newberger, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to AAA SERVICE PLUMBING LLC in Arapahoe County, CO on June 8, 2026 at 11:23 am at 7700 E Arapahoe Rd, Ste 220, Centennial, CO 80112-1268 by leaving the following documents with Lincoln Nagel who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for AAA SERVICE PLUMBING LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Race: White, Sex: Male, Est. Age: 18-24, Hair: Red, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.5945946,-104.8995747
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Arapahoe County

CO    on    6/9/2026    .

/s/ *Jason Newberger*

Signature
Jason Newberger
+1 (303) 579-6521



Exhibit 1a)