# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TASHINA TAYLOR, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AAA SERVICE PLUMBING, LLC<br><br>Defendant. | Case No. 1:26-cv-2474 |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Tashina Taylor ("Taylor"), by and through her attorneys of record, Paronich Law, P.C., and Defendant AAA Service Plumbing, LLC ("AAA"), through its attorneys of record, Dorsey & Whitney, LLP, hereby agree and stipulate as follows:

1. On June 8, Taylor filed the Complaint (Dkt. 1).

2. The deadline to respond to the Complaint is June 30, 2026.

3. The parties have exchanged communication regarding their respective schedules and have agreed to a short extension of time for AAA to answer or otherwise respond to the Complaint.

4. The parties agree that the deadline to respond to the Complaint be extended by approximately two weeks to July 14, 2026.  No other deadlines will be affected by this Stipulation

DATED this 22nd day of June, 2026.

1

*/s/ Anthony Paronich*
**Anthony Paronich**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
Tel: (617) 485-0018

*Attorneys for Plaintiff Tashina Taylor*


DATED this 22nd day of June, 2026.


*/s/ Gregory Tamkin*
Gregory S. Tamkin (CO# 27105)
**DORSEY & WHITNEY LLP**
1400 Wewatta St., Suite 400
Denver, CO 80202
Tamkin.greg@dorsey.com
Tel: (303)629-3438

*Counsel for Defendant AAA Services
Plumbing, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2026, I served a true and correct copy of the within and foregoing with the Clerk of the Court using CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Anthony Paronich – anthony@paronichlaw.com

Andrew Roman Perrong - a@perronglaw.com


/s/ *Gregory Tamkin*
Gregory S. Tamkin