### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TASHINA TAYLOR, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AAA SERVICE PLUMBING, LLC<br><br>    Defendant. | Case No. 1:26-cv-2474 |

### SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Tashina Taylor ("Taylor"), by and through her attorneys of record, Paronich Law, P.C., and Defendant AAA Service Plumbing, LLC ("AAA"), through its attorneys of record, Dorsey & Whitney, LLP, hereby agree and stipulate as follows:

1. On June 8, Taylor filed the Complaint (Dkt. 1).

2. The deadline to respond to the Complaint was originally June 30, 2026.

3. The parties agreed to extend the deadline for AAA to answer or otherwise respond to the Complaint to July 14, 2026, and a Stipulation evidencing parties' agreement was filed on June 22, 2026 (Dkt. 8).

4. The parties are now requesting that the deadline to respond to the Complaint be extended to August 3, 2026. No other deadlines will be affected by this Stipulation.

DATED this 14th day of July, 2026.

1

/s/ Anthony Paronich
**Anthony Paronich**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
Tel: (617) 485-0018

*Attorneys for Plaintiff Tashina Taylor*

DATED this 14th day of July, 2026.

/s/ Gregory Tamkin
Gregory S. Tamkin (CO# 27105)
**DORSEY & WHITNEY LLP**
1400 Wewatta St., Suite 400
Denver, CO 80202
Tamkin.greg@dorsey.com
Tel: (303)629-3438

*Counsel for Defendant AAA Services Plumbing, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of July, 2026, I served a true and correct copy

of the within and foregoing with the Clerk of the Court using CM/ECF system which sent a Notice

of Electronic Filing to the following persons:

Anthony Paronich – anthony@paronichlaw.com

Andrew Roman Perrong - a@perronglaw.com

*/s/ Gregory Tamkin*
Gregory S. Tamkin
