IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 26-cv-02474-SKC-MDB | Date: September 22, 2026 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Tashina Taylor, | Anthony Paronich |
| Plaintiff, | |
| v. | |
| AAA Service Plumbing LLC, | Theresa Bevilacqua<br>Ashley Repp<br>Annie Boeckers |
| Defendant. | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**10:31 a.m. Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court *sua sponte* upon the parties' filing of the *Proposed Scheduling Order* at ECF No. 10. The Court deems this a stage one scheduling order pending class certification.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to the presumptive number of depositions pursuant to the Federal Rules, excluding experts.
Depositions shall not exceed seven (7) hours, without prior agreement or absent leave of court.
Each side shall be limited to the presumptive numbers of interrogatories, requests for production, and requests for admission pursuant to the Federal Rules.

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order on or before **October 22, 2026**.

Joinder of Parties/Amendment to Pleadings: October 27, 2026
Discovery Cut-off: February 22, 2027
Motion for Class Certification and Class Expert Reports: March 1, 2027
Opposition to Motion for Class Certification and Rebuttal Class Expert Reports: April 22, 2027
Reply: May 6, 2027

ORDERED: The parties shall file a *Joint Status Report* addressing expert witnesses **within 10 days** of the presiding judge's ruling on the motion for class certification.

Written Discovery shall be served by January 22, 2027.

Trial Preparation Conference and trial dates will be set by District Judge S. Kato Crews.
The parties anticipate a five (5)-day jury trial.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Dominguez Braswell.

**Scheduling Order entered as modified on the record.**

**10:42 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:11

*To order transcripts of hearings, please contact:
AB Court Reporting & Video, Inc. by phone at (303) 629-8534 OR Patterson Transcription Company by phone at (303) 815-0487 or by email at scheduling@pattersontranscription.com.